# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Myra Futrell<br><br>Debtor(s) | Case No.:17−50818−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion for Debtor to Turnover Probate Inventory for deceased father's estate. Filed by Trustee Mark R. Little 32. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 6/21/2018 at 09:00 AM (Central Time) at Paducah Courthouse, Federal Building, 5th & Broadway, Paducah, KY 42001. cc: service list. (Graham, S)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 5/24/18

By: slg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court